No. 72–5526.   MASSIMO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5540.   KYLE *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5560.   MENDEZ-RUIZ *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5567.   HENDERSON *v.* MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL.   Sup. Ct. Pa.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5654.   DOTSON *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5664.   MURRAY *v.* OWENS, RECEPTION CENTER SUPERINTENDENT, ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–243.   CLEAN AIR COORDINATING COMMITTEE *v.* ROTH ADAM FUEL CO. ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would grant certiorari.

No. 72–250.   GOLDSBERRY ET AL. *v.* HIEBER, JUDGE. Sup. Ct. Ohio.   Motions to dispense with printing petition and respondent's brief granted.   Certiorari denied.

No. 72–5604.   McDONALD *v.* METRO TRAFFIC AND PARKING COMMISSION ET AL.   C. A. 6th Cir.   Certiorari and other relief denied.